AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JULIE CARVER FRANKS<br>Plaintiff | ) |
| v. | ) Civil Action No. 5:26−CV−03545−SMH−MLH<br>) Judge S Maurice Hicks, Jr |
| CITY OF MINDEN , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Marvin Garrett**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nelson Welch Cameron**
**675 Jordan St**
**Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 9/14/2026

/s/ − Daniel J. McCoy

5:26−CV−03545−SMH−MLH

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Marvin Garrett** was received by me on *(date)*________________________________.

- I personally served the summons on **Marvin Garrett** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JULIE CARVER FRANKS<br>Plaintiff | ) |
| v. | ) Civil Action No. 5:26−CV−03545−SMH−MLH<br>) Judge S Maurice Hicks, Jr |
| CITY OF MINDEN , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**City of Minden**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nelson Welch Cameron**
**675 Jordan St**
**Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 9/14/2026

/s/ − Daniel J. McCoy

5:26−CV−03545−SMH−MLH

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **City of Minden** was received by me on *(date)*________________________________.

- I personally served the summons on **City of Minden** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JULIE CARVER FRANKS<br>Plaintiff | ) )<br> |
| v. | ) Civil Action No. 5:26−CV−03545−SMH−MLH<br>) Judge S Maurice Hicks, Jr |
| CITY OF MINDEN , et al.<br>Defendant | )<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Jason Smith**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nelson Welch Cameron**
**675 Jordan St**
**Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 9/14/2026

/s/ − Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:26−CV−03545−SMH−MLH

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jason Smith** was received by me on *(date)*________________________________.

- I personally served the summons on **Jason Smith** at *(place)*____________________________ ______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ____________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

_________________________________
*Server's signature*

_________________________________
*Printed name and title*

_________________________________
*Server's address*

Additional information regarding attemped service, etc: