**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JULIE CARVER FRANKS | CIVIL ACTION NO. 26-3545 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITY OF MINDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

# ORDER

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from the above-captioned matter. The case is hereby referred to the Chief Judge for reassignment.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 21st day of September, 2026.

S. Maurice Hicks, Jr.
United States District Judge