UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JULIE CARVER FRANKS | CIVIL ACTION NO. 5:26-cv-03545 |
| VERSUS | JUDGE VAN HOOK |
| CITY OF MINDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**DEFENDANT CITY OF MINDEN'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the CITY OF MINDEN (the "City"), which respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims asserted against it by Plaintiff, JULIE CARVER FRANKS ("Franks"), for failure to state a claim upon which relief may be granted, for the reasons more fully set forth in the accompanying memorandum in support.

**WHEREFORE**, the City prays that, after due proceedings are had, the Court grant its motion and dismiss all federal and state law claims asserted against it, with prejudice and at Plaintiff's cost. The City further prays that the Court grant all other relief to which the City may be entitled.

[*SIGNATURE AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE*]

Respectfully submitted,

**PETTIETTE, ARMAND, DUNKELMAN, WOODLEY & CROMWELL, L.L.P.**

BY: */s/ Sarah Jagot*
S. Michael Cooper, Bar No. 24057
Marshall Perkins, Bar No. 36979
Sarah Szwak Jagot, Bar No. 41958
mcooper@padwbc.com
mperkins@padwbc.com
sjagot@padwbc.com

400 Texas Street, Suite 400
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Telephone: (318) 221-1800
Facsimile: (318) 226-0390

**ATTORNEYS FOR THE CITY OF MINDEN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2026, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, with notice to be sent by operation of the court's electronic filing system to all counsel of record.

*/s/ Sarah Jagot*
OF COUNSEL