# LOUISIANA CITY MARSHALS AND CITY CONSTABLES

PERFORMANCE AUDIT SERVICES

**Informational Brief**
**April 2, 2025**



LOUISIANA LEGISLATIVE AUDITOR

# Minden City Marshal
## Minden City Court

**Chief Executive Officer of the Court:**
Marshal Dan Weaver
Since 2019

**Jurisdiction:**
Webster Parish
Ward 1

**Contact Information:**
520 Broadway
Minden, LA 71055
Phone: 318-371-4210

**Website:**
https://www.mindenla.org/city-court/

### Description

The Minden City Marshals' office duties include but are not limited to the following:

- Provide security to the Minden City Court, including the safety of judges, city clerks, and all citizens who enter the courtroom
- Execute Bench Warrants to subjects that fail to make their court appearances
- Work Warrants that are outstanding by all agencies, including Minden, Dixie Inn, Sibley, Heflin, Dubberly and Doyline, which are all in Ward 1
- Serve Civil Papers, Citations, Writ of Possessions, and Sales and Seizures
- Provide backup to any Law Enforcement asking for assistance in Ward 1, including the Webster Sheriff's Office and the Louisiana State Police
- Provide security to all of the Minden City Council Meetings

**Compensation, Benefits, and Other Payments to Chief Executive Officer of the Court Fiscal Year 2023**

| Category | Amount |
|---|---|
| Salary - Webster Parish Police Jury | $21,600 |
| Salary - City of Minden | 30,185 |
| Benefits - Retirement | 28,456 |
| Benefits - Insurance | 21,764 |
| State Supplemental Pay | 7,200 |
| Commission - Marshal's Office | 44,717 |
| Other (Allowances, Reimbursements, Travel, etc.) – Marshal's Office | 1,449 |
| **Total Compensation** | **$155,371** |

**Staff Information:**

Full-time employees: 3

Part-time employees: 1

Reserve Deputies: 3

**Fiscal Year 2023 Financial Summary:**

**Total Revenues**
$414,948

**Total Expenditures**
$(326,377)

**Ending Fund Balance**
$100,741

**Source**: Prepared by legislative auditor's staff using information provided by the Minden City Marshal's office, from the 2024 City Marshal and City Constable Directory, and Financial Statements for Fiscal Year 2023.