**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JULIE CARVER FRANKS** | **CASE NO. 5:26-CV-03545** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **CITY OF MINDEN ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# NOTICE OF MOTION SETTING

The Motion to Dismiss for Failure to State Claim (Document No. 12) filed by City of Minden on November 19, 2026 has been referred to U. S. Magistrate Judge Mark L. Hornsby. A written ruling or recommendation will be issued in due course.

## Deadlines

Any party who opposes the motion may file a memorandum in opposition within 14 days from the date of this notice. The movant may file a reply memorandum, without leave of court, within 7 days after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda.

## No Oral Argument

Motions are decided on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

## Chambers Copy Required

A paper copy of the motion, opposition, and reply brief must be provided to chambers promptly after filing. Mail to Magistrate Judge Mark L. Hornsby at the Tom Stagg United States Court House 300 Fannin St., Suite 4300, Shreveport, LA 71101.

**DATE OF NOTICE: November 20, 2026**

Daniel J. McCoy
Clerk of Court